UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
May 5, 2014
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES OF AMERICA, )
                          )    Case No. 2:13CR00267-TLN-2
            Plaintiff,    )
v.                        )    ORDER FOR RELEASE OF
                          )    PERSON IN CUSTODY
LUIS ANTHONY BUSTAMANTE,  )
                          )
            Defendant.    )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  LUIS ANTHONY BUSTAMANTE , Case No. 2:13CR00267-TLN-2 , Charge  18USC § 922(a)(1), 21USC § 841(a)(1), 846 , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

  __  Release on Personal Recognizance

  __  Bail Posted in the Sum of $_____

   __  Unsecured Appearance Bond

   __  Appearance Bond with 10% Deposit

   __  Appearance Bond with Surety

   __  Corporate Surety Bail Bond

  ✔  (Other)        Pretrial conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  May 5, 2014  at  2:00 pm .

                                By  /s/ Allison Claire/s/ Allison Claire
                                    Allison Claire
                                    United States Magistrate Judge

Copy 2 - Court