**Jason Lawley SBN: 232156**

901 H Street, Suite 674
Sacramento, CA 95814
(916) 442-2322
Email: Mjasonlawley@hotmail.com

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) CASE: 2:13-cr-267 |
| | ) |
| Plaintif | ) STIPULATION TO MODIFY CONDITIONS OF |
| | ) RELEASE AND [PROPOSED] ORDER |
| v. | ) DATE: |
| | ) TIME: |
| Luis Bustamonte | ) Courtroom |
| | ) |
| Defendant | ) |

   Stipulation to Modify Conditions of Release IT IS HEREBY STIPULATED by and between Assistant United States Attorney Justin Lee, attorney for Plaintiff and Jason Lawley, attorney for Luis Bustamonte, that Mr. Bustamionte was released under pretrial supervision. Condition number 9 of his "Special Conditions of Release" States:

```
You shall refrain from any use of alcohol or ANY use of a
narcotic drug or other controlled substance without a
prescription by a licensed medical practitioner; and you shall
notify Pretrial Services immediately of any prescribed
```

**1** STIPULATION TO MODIFY CONDITIONS OF RELEASE

medication(s). However, medicinal marijuana, prescribed or not, may not be used.

However Daryl Walker of Pre Trial Services has asked that since Mr. Bustamonte has had no issues with alcohol that this condition be modified to read:

You shall refrain from **EXCESSIVE** use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used.

IT IS SO STIPULATED.

Dated: March 24, 2015                    BENJAMIN B. WAGNER United States Attorney

/s/ JUSTIN LEE

JUSTIN LEE

Assistant United States Attorney

Dated: March 24, 2015                    /s/ JASON LAWLEY

JASON LAWLEY

Counsel for Defendant

ORDER

IT IS SO FOUND AND ORDERED.

Dated: May 19, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

dad1.crim
bustamante0267.stipo.modify.cor