**Jason Lawley SBN:  232156**

901 H Street, Suite 674
Sacramento, CA  95814
(916) 548-2066
Email: Mjasonlawley@hotmail.com

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF

CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) CASE:  2:13-cr-267-TLN |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER |
| | ) |
| v. | ) DATE: December 17, 2015 |
| | ) TIME:  9:30 |
| LUIS BUSTAMONTE | ) Courtroom 2 |
| | ) |
| Defendant. | ) |
| | ) |

　　IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney, through Assistant United States Attorney Justin Lee, attorney for Plaintiff, and Jason Lawley, attorney for Luis Bustamante,  that the status conference scheduled for December 17, 2015 be vacated and be continued to February 4, 2016 at 9:30 a.m. The grounds for this continuance are that Defense counsel for Mr. Bustamonte  would like time  to discuss options for potential resolution, continued review of discovery and defense investigation, and otherwise contemplate a Change of Plea. Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including Febuary 4, 2016; pursuant to 18

Stipulation and Order                                  1

U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

DATED: December 15, 2015

/s/JASON LAWLEY
Attorney for Luis Bustamante

DATED: December 15, 2015

/s/JUSTIN LEE
Assistant U.S. Attorney

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

Dated: December 15, 2015

Troy L. Nunley
United States District Judge