1
2  **Jason Lawley SBN:  232156**
3  901 H Street, Suite 674
   Sacramento, CA  95814
4  (916) 548-2066
   Email: Mjasonlawley@hotmail.com
5
6
7
8  IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF
9  CALIFORNIA
10
11 THE UNITED STATES OF AMERICA,   ) CASE:  2:13-cr-267 GEB
                                   )
12                                 )
            Plaintif               ) STIPULATION AND [PROPOSED] ORDER
13                                 )
   v.                              ) DATE: Febuary 5, 2016
14                                 ) TIME:  9:00
   Luis Bustamonte                 ) Courtroom
15                                 )
16          Defendant              )
17  _____                         )

18
19      IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney,
20 through Assistant United States Attorney Justin Lee, attorney for Plaintiff, and Jason Lawley,
21 attorney for Luis Bustamante,  that the status conference scheduled for Febuary 5, 2016 be
22 vacated and be continued to March 4, 2016 at 9:00 a.m. The grounds for this continuance are that
23
24 Defense counsel for Mr. Bustamonte  would like time  to discuss options for potential resolution,
25 continued review of discovery and defense investigation, and otherwise contemplate a Change of
26 Plea. Based upon the foregoing, the parties agree time under the Speedy Trial Act should be
27 excluded from this order's date through and including March 4, 2016; pursuant to 18 U.S.C.
28

§3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

DATED: February 4, 2016

/s/JASON LAWLEY
Attorney for Luis Bustamante

DATED:February 4, 2016

/s/JUSTIN LEE
Assistant U.S. Attorney

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

Dated:  February 4, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge