**Jason Lawley SBN: 232156**

901 H Street, Suite 674
Sacramento, CA  95814
(916) 548-2066
Email: Mjasonlawley@hotmail.com

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF

CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) CASE:  2:13-cr-267 GEB |
| | ) |
| | ) AMMENDED |
| Plaintiff | ) STIPULATION AND [PROPOSED] ORDER |
| | ) |
| v. | ) DATE: March 3, 2016 |
| | ) TIME:  9:00 |
| Luis Bustamonte | ) Courtroom |
| | ) |
| Defendant | ) |
| | ) |

        IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney,

through Assistant United States Attorney Justin Lee, attorney for Plaintiff, and Jason Lawley,

attorney for Luis Bustamante,  that the status conference scheduled for March 4, 2016 be vacated

and be continued to MAY 13, 2016 at 9:00 a.m. The grounds for this continuance are that

Defense counsel for Mr. Bustamonte  would like time  to discuss options for potential resolution,

continued review of discovery and defense investigation, and otherwise contemplate a Change of

Plea. Based upon the foregoing, the parties agree time under the Speedy Trial Act should be

excluded from this order's date through and including MAY 13, 2016; pursuant to 18 U.S.C.

1    §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4

2    based upon continuity of counsel and defense preparation.

3

4

5

6

7    DATED: March 3, 2016

8                                                        /s/JASON LAWLEY
                                                         Attorney for Luis Bustamante

9

10   DATED: March 3, 2016                                /s/JUSTIN LEE
                                                         Assistant U.S. Attorney

11

12

13

14

15   IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties'

16   stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as

17   its order. The Court specifically finds the failure to grant a continuance in this case would deny

18   counsel reasonable time necessary for effective preparation, taking into account the exercise of

19   due diligence. The Court finds the ends of justice are served by granting the requested

20   continuance and outweigh the best interests of the public and defendant in a speedy trial.

21

22   Dated:  March 4, 2016

23

24

25   _____
     GARLAND E. BURRELL, JR.

26   Senior United States District Judge

27

28

Stipulation and proposed order