PHILLIP A. TALBERT
Acting United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:13-CR-00267-GEB |
| | ) |
|       Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
|   v. | ) CONTINUING JUDGMENT AND |
| | ) SENTENCING DATE |
| LUIS BUSTAMANTE, | ) |
| | ) |
| | ) Judge: Hon. Garland E. Burrell |
|       Defendant. | ) |
| | ) |
| | ) |

**STIPULATION**

The United States, by and through its undersigned counsel, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. This matter was previously set for a Judgment and Sentencing Hearing on September 16, 2016.

2. The PSR related to this case has not yet been completed.  The defendant and his counsel were not able to schedule the interview with the probation officer until just recently. Accordingly, the probation officer needs additional time to complete the PSR and the parties need time to review the PSR

3. The Proposed Pre-Sentence Report Shall Be Disclosed to Counsel No Later than October 7, 2016 (six weeks before sentencing).

4. Counsel's Written Objections to the Pre-Sentence Report Shall be delivered to the Probation Officer No Later than October 21, 2016 (four weeks before sentencing).

5. The Pre-Sentence Report Shall Be Filed with the Court No Later than October 28, 2016 (three weeks before sentencing).

6. Motion for Correction of the Pre-Sentence Report Shall be Filed with the Court No Later than November 4, 2016 (two weeks before sentencing), any Reply or Statement shall be filed by November 11, 2016.

7. By this Stipulation, the parties now move to continue the Judgment and Sentencing Hearing until November 18, 2016, at 9:00 a.m.

**IT IS SO STIPULATED.**

DATED: September 2, 2016          /s/ Justin L. Lee
                                  JUSTIN L. LEE
                                  Assistant U.S. Attorney

DATED: September 2, 2016          /s/ M. Jason Lawley
                                  M. JASON LAWLEY
                                  Attorney for LUIS BUSTAMANTE

## ORDER

IT IS SO FOUND AND ORDERED.

Dated:  September 3, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge